**Appeal No.  2021AP396**

**STATE OF WISCONSIN**

Cir. Ct. No.  2019CV17

**IN COURT OF APPEALS**
**DISTRICT III**

ARVO EILAU AND JOYCE DZIK,

PLAINTIFFS-RESPONDENTS,

v.

DENNIS ROFF,

DEFENDANT-APPELLANT.

FILED

January 10, 2023

Sheila T. Reiff
Clerk of Court of Appeals

---

## ERRATA SHEET

---

Sheila T. Reiff
Clerk of Court of Appeals
Electronic Notice

Court of Appeals District I
Electronic Notice

Court of Appeals District III
Electronic Notice

Christina Plum, Sarah Motiff
Electronic Notice

Court of Appeals District II
Electronic Notice

Court of Appeals District IV
Electronic Notice

Hon. Leon D. Stenz
Circuit Court Judge
Electronic Notice

Tanya Neuens
Clerk of Circuit Court
Florence County Courthouse
Electronic Notice

Peter W. Ryan
Electronic Notice

Laina Stuebner
Electronic Notice

PLEASE TAKE NOTICE that corrections were made to paragraphs 6 and 7 in the above-captioned opinion which was released on October 25, 2022.  A corrected electronic version in its entirety is available on the court's website at www.wicourts.gov.